Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Plaintiff*
*Strike 3 Holdings, LLC*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
8/19/2019

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 104.11.210.209,<br><br>　　　　Defendant. | Case Number: 4:19-cv-00938-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 104.11.210.209** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 104.11.210.209 are voluntarily dismissed without prejudice.

　　　　Dated: August 13, 2019　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　By: */s/ Lincoln D. Bandlow*
　　　　　　　　　　　　　　　　　　Lincoln D. Bandlow, Esq.
　　　　　　　　　　　　　　　　　　LAW OFFICES OF LINCOLN BANDLOW, PC
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*